IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANET RIVERA,

      Plaintiff,

v.                                           Case No. 2:11-CV-00940-GBW/WPL

MANAGEMENT & TRAINING CORP.,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Stipulation of Dismissal ("Stipulation") filed by Plaintiff Janet Rivera and Defendant Management & Training Corporation, and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS that:

1. The Court has jurisdiction over the parties to and the subject matter of the above-captioned cause of action;

2. The Stipulation is well taken and should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulation shall be and hereby is approved and that the above-captioned cause of action shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent